Opinion issued January 23, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-19-00219-CR

————————————————

**GREGORY P. BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Case No. 1491849

## MEMORANDUM OPINION ON PERMANENT ABATEMENT

Counsel for appellant Gregory P. Butler has filed a notice indicating that appellant has died. Because appellant's death occurred after he perfected this appeal and before we issued our mandate, the appeal must be permanently abated. *See* TEX. R. APP. P. 7.1(a)(2) ("If the appellant in a criminal case dies after an appeal is

perfected but before the appellate court issues the mandate, the appeal will be permanently abated."). Accordingly, we permanently abate the appeal. Counsel's motion to withdraw from representing appellant and any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).